UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel Wiswell, | Civil File No. 04-3436 PAM/RLE |
| Plaintiff, | **ORDER FOR** |
| | **DISMISSAL WITH PREJUDICE** |
| vs. | |
| State of Minnesota, Board of Public Defender, | |
| Defendant. | |

Based upon the Stipulation Of Dismissal With Prejudice submitted by the parties to this matter, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice and without any fees or costs to any party.

Dated: July __20__, 2005         BY THE COURT:

_____

                                 s/Paul A. Magnuson
                                 Judge of United States District Court